# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**HOWARD J. NELSON**                                              **CIVIL ACTION**

**VERSUS**

                                            **NO. 22-43-JWD-SDJ**

**WILLIAM R. PENTON, III, et al.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 25, 2022, (Doc. 8), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 9, 2022.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**